UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILTON ARMSTEAD ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-6438 |
| C. RAY NAGIN ET AL. | SECTION "K" (2) |

## **O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiffs to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter except with respect to the scope of the Magistrate Judge's Report and Recommendation as to plaintiffs' failure to state a claim against the Levee District under State Law. (See pages 32-33 of the Report and Recommendation (Doc. 74)).

The Court agrees that in the context of the Armstead plaintiffs' allegations there is immunity under state law as the thrust of the claims is acts or omissions that took place immediately prior and subsequent to Hurricane Katrina. The Court does not agree with any tangential inference that acts or omissions of the Levee Board performed at times

remote from Hurricane Katrina come under the ambit of the immunity statute. La. Rev. Stat. 29:735.   Therefore,

**IT IS ORDERED** that plaintiffs' claims for monetary damages against United States President George W. Bush are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that plaintiffs' claims against United States President George W. Bush in his official capacity and the Federal Emergency Management Agency are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that plaintiffs' federal claims against Louisiana Governor Kathleen Babineaux Blanco in her official capacity and plaintiffs' state law claims against Gov. Blanco are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that plaintiffs' federal claims against Louisiana Governor Kathleen Babineaux Blanco in her individual capacity are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiffs' federal claims against the Board of Commissioners of the Orleans Levee District are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiffs' state law claims against the Board of Commissioners of the Orleans Levee District are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that plaintiffs' second motion for injunctive relief is **DENIED**.

New Orleans, Louisiana, this  29th  day of     December    , 2006.

_____
UNITED STATES DISTRICT JUDGE